UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBIE L. SMITH,

    Plaintiff,

    v.

JOHN SOTO,

    Defendant.

Case No. 16-cv-00697-SI

**ORDER EXTENDING DEADLINE**

Re: Dkt. No. 9

    Petitioner's request for an extension of the deadline to file the exhibits referred to in his petition is GRANTED. Docket No. 9. Petitioner must file a copy of the exhibits to the petition no later than **July 22, 2016** or this action will be dismissed.

    **IT IS SO ORDERED**.

Dated: June 2, 2016

_____
SUSAN ILLSTON
United States District Judge