UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBIE L. SMITH,

        Petitioner,

   v.

JOHN SOTO,

        Respondent.

Case No. 16-cv-00697-SI

**SCHEDULING ORDER**

On November 10, 2016, respondent filed a motion to dismiss the petition for writ of habeas corpus and mailed a copy of the motion to petitioner at the California State Prison in Lancaster. (Docket Nos. 15, 16.) On December 8, 2016, the court received from petitioner a letter in which he stated that he had moved to a new prison and had not yet received any filing from respondent. (Docket No. 17.) Respondent will send to petitioner another copy of the motion and the court will set new deadlines so that petitioner has a chance to oppose the motion to dismiss. Accordingly: No later than **December 16, 2016**, respondent must mail a copy of the motion to dismiss to petitioner at Wasco State Prison - Reception Center. No later than **January 13, 2017**, petitioner must file and serve his opposition to the motion to dismiss. No later than **January 27, 2017**, respondent must file and serve his reply, if any.

     **IT IS SO ORDERED**.

Dated: December 12, 2016

SUSAN ILLSTON
United States District Judge