UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE L. SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN SOTO,<br><br>        Defendant. | Case No. 16-cv-00697-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 20 |

Petitioner's request for an extension of the deadline to file an opposition to respondent's motion to dismiss is GRANTED. (Docket No. 20.) No later than **February 10, 2017,** petitioner must file and serve his opposition to the motion to dismiss. No later than **February 24, 2017**, respondent must file and serve his reply brief, if any.

**IT IS SO ORDERED**.

Dated: January 3, 2017

_____
SUSAN ILLSTON
United States District Judge