UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE L. SMITH,<br><br>       Petitioner,<br><br>       v.<br><br>JOHN SOTO,<br><br>       Respondent. | Case No.  16-cv-00697-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 22 |

Petitioner's second request for an extension of the deadline to file an opposition to respondent's motion to dismiss is GRANTED. (Docket No. 22.) No later than **March 3, 2017**, petitioner must file and serve his opposition to the motion to dismiss. No later than **March 17, 2017**, respondent must file and serve his reply brief, if any.

**IT IS SO ORDERED**.

Dated:   January 24, 2017

_____
SUSAN ILLSTON
United States District Judge