UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBIE L. SMITH,

    Petitioner,

v.

JOHN SOTO,

    Respondent.

Case No. 16-cv-00697-SI

**ORDER FURTHER EXTENDING DEADLINES**

Re: Dkt. No. 24

Petitioner's request for a further extension of the deadline to file an opposition to respondent's motion to dismiss is GRANTED. (Docket No. 24.) No later than **April 21, 2017,** petitioner must file and serve his opposition to the motion to dismiss. *No more extensions of this deadline will be granted because, by the time it arrives, petitioner will have had more than four months to prepare his opposition.* No later than **May 5, 2017**, respondent must file and serve his reply brief, if any.

    **IT IS SO ORDERED**.

Dated: March 3, 2017

SUSAN ILLSTON
United States District Judge