UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBIE L. SMITH,

    Petitioner,

v.

JOHN SOTO,

    Respondent.

Case No. 16-cv-00697-SI

**JUDGMENT**

This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the habeas statute of limitations period.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 1, 2017

_____
SUSAN ILLSTON
United States District Judge